■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT SIMMONS, Appellant. [28 NYS3d 315]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 24, 2014, convicting defendant, upon his plea of guilty, of criminal facilitation in the fourth degree, and sentencing him to a conditional discharge, unanimously affirmed.

Defendant's challenges to the court's discussion of his rights under *Boykin v Alabama* (395 US 238 [1969]) do not fall within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find no basis for reversal. The plea was knowing, intelligent and voluntary (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]), despite the absence of a full enumeration of the *Boykin* rights (*see People v Sougou*, 26 NY3d 1052 [2015]). Concur— Mazzarelli, J.P., Acosta, Moskowitz, Gische and Webber, JJ.